# PRIVETT v. LANGFORD.

No. 4500.   Opinion Filed July 27, 1915.

(150 Pac. 1035.)

**APPEAL AND ERROR—Filing Briefs—Dismissal.**  Where plaintiff in error fails to file briefs in a cause as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed.

(Syllabus by Collier, C.)

*Error from County Court, Jefferson County;*
*B. T. Price, Judge.*

Action by W. C. Langford against Elmer Privett. Judgment for plaintiff, and defendant brings error. Dismissed.

*J. H. Harper,* for plaintiff in error.

*Jones & Green,* for defendant in error.

Opinion by COLLIER, C.   This is an appeal by the plaintiff in error from a judgment rendered in favor of defendant in error, in an action for forcible detainer, for certain described lands.

Plaintiff in error has failed to file briefs in this case. Rule 7 of the court (38 Okla. vi, 137 Pac. ix) requires briefs to be filed in a cause within designated times. In case of failure to comply with the requirements of said rule, the court may continue or dismiss the cause, or reverse or affirm the judgment, in its discretion.

The appeal in this case should be dismissed.

By the Court:  It is so ordered.